UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELLEN F. ROWAN,<br><br>     Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Case No. C22-0781-DGE<br><br>**ORDER AMENDING THE SCHEDULING ORDER** |

Based on Defendant's motion to amend the scheduling order (Dkt. No. 15), and that Plaintiff's counsel has no opposition, it is hereby ORDERED that the Scheduling Order (Dkt. No. 11) shall be amended as follows:

- Defendant shall have up to and including January 26, 2023, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including February 9, 2023, to file a reply brief.

DATED this 21st day of December, 2022.

David G. Estudillo
Chief United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1