UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELLEN F. ROWAN, <br><br>　　　　　　　Plaintiff, <br><br>　　v. <br><br>COMMISSIONER OF SOCIAL SECURITY, <br><br>　　　　　　　Defendant. | Case No. C22-0781-DGE <br><br>**ORDER AMENDING THE SCHEDULING ORDER** |

Based on Defendant's second motion to amend the scheduling order (Dkt. No. 18), and that Plaintiff's counsel has no opposition, it is hereby ORDERED that the Scheduling Order (Dkt. No. 11) shall be amended as follows:

- Defendant shall have up to and including February 10, 2023, to file Defendant's responsive brief; and
- Plaintiff shall have up to and including February 24, 2023, to file a reply brief.

DATED this 23rd day of January, 2023.

David G. Estudillo
Chief United States District Judge

ORDER AMENDING THE SCHEDULING
ORDER - 1