UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELLEN F. ROWAN,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C22-0781-DGE<br><br>**ORDER GRANTING MOTION FOR ATTORNEY FEES** |

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, the Court GRANTS Plaintiff's unopposed EAJA motion (Dkt. No. 26), including the adjusted invoice and the assignment of EAJA fees to Plaintiff's attorney (Dkt. No. 27). It is hereby ORDERED that fees in the adjusted amount of $8,300 and costs in the amount of $402 under 28 U.S.C. § 1920 shall:

1) be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010) and delivered to Plaintiff's counsel; and

2) the Acting Commissioner shall contact the Department of Treasury after this order is entered to determine if the EAJA Award is subject to any offset.

If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to Plaintiff's counsel.

If there is an offset, any remainder shall be made payable to Plaintiff, based on the

ORDER GRANTING MOTION FOR
ATTORNEY FEES - 1

Department of the Treasury's Offset Program, and the payment shall be electronically deposited to Plaintiff's counsel, George Andre Fields, Esq. at P.O. Box 231024, Sacramento, CA 95823.

DATED this 20th day of June, 2023.

David G. Estudillo
Chief United States District Judge

ORDER GRANTING MOTION FOR
ATTORNEY FEES - 2